ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAY -4 PM 3:32

CLERK C Adams
SO. DIST. OF GA.

TODD BOUDREAUX, Trustee for
Saraland, LLLP,

 Plaintiff,

vs.

LISTER HARRELL; NIKKI HARRELL
a/k/a NIKKI MINCEY d/b/a
PLANTATION MANAGEMENT; and
PLANTATION MANAGEMENT, INC.,

 Defendants.
-------------
**LISTER HARRELL, Appellant.**

CV 315-022

(Adversary Number in
Bankruptcy Court: 13-03005)

O R D E R

On January 5, 2015, Mr. Lister Harrell filed a notice of appeal, but he did not pay the appellate filing fee. On April 7, 2015, this Court directed Mr. Harrell to pay the filing fee within ten (10) days or face dismissal of the case. He has failed to pay the filing fee. Accordingly, the case is **DISMISSED**.

**ORDER ENTERED** at Augusta, Georgia, this ___ day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE